**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO., GEICO GENERAL INSURANCE
COMPANY and GEICO CASUALTY
CO.,

        Plaintiffs,

v.                                    Case No.: 6:25-cv-479-WWB-LHP

ORLANDO INJURY MEDICAL CARE,
L.L.C., MAXIME COLES, ST. LUCIE
WELLNESS AND REHAB, L.L.C.,
VISIONARY SPA HEALTH CARE,
L.L.C., PALM BEACH MEDI-CHIRO
CENTER, INC. and NAPLES INJURY
CARE, L.L.C.,

        Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 32), filed June 19, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on July 11, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record